Jerry L. NUTTER, Relator,

v.

UNITED PARCEL SERVICE and
Liberty Mutual Insurance
Company, Respondents.

No. C7–98–94.

Supreme Court of Minnesota.

April 30, 1998.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed December 16, 1997, be, and the same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT

/s/ Kathleen A. Blatz
Kathleen A. Blatz
Chief Justice

GILBERT, J. took no part in the consideration or decision of this case.